# ALABAMA COURT OF CRIMINAL APPEALS



July 26, 2024

**CR-2023-0473**
Ledell Tavari Jackson v. State of Alabama (Appeal from Tuscaloosa Circuit Court:
CC-20-338)

## <u>NOTICE</u>

You are hereby notified that on July 26, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk